IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         Case No. 1:19-cr-10012

JYRONURUS LEE MCLAIN
a/k/a "Jy"                                                                                DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 75. The United States moves the Court to dismiss with prejudice the Superseding Indictment (ECF No. 36) as to Jyronurus Lee McClain in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Superseding Indictment is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge